**Motion to Reinstate Granted, Memorandum Opinion filed July 26, 2018 Withdrawn, Appeal Reinstated, and Order filed August 14, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00318-CV
_____

### LONE STAR PAVERS INC., Appellant

### V.

### JOSE MURILLO, Appellee

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2016-01837**

## ORDER

On July 26, 2018, this court issued an opinion dismissing this appeal. On, July 26, 2018, appellant filed a motion for reinstatement. The motion is **GRANTED**.

This court's opinion filed July 26, 2018, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.